IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HARRISONVILLE TELEPHONE COMPANY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CAUSE NO. 06-073-WDS** |
| ) | |
| **ILLINOIS COMMERCE COMMISSION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**O R D E R**

**STIEHL, District Judge:**

　　This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

　　**IT IS SO ORDERED.**

　　**DATED:  March 23, 2006.**


　　　　　　　　　　　　　　　　　　　　　　　**s/ WILLIAM D. STIEHL　　　　**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**


Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Case No. 06-073-GPM.